UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

JAMIE LEYTON-OSPINA and
BRUNILDA E. REYNOSO,

                            **STIPULATION**
                            **DISCONTINUING**
                            **ACTION**

              Plaintiffs,

                            Civil Action No.: 6:10-CV-0057
-vs-                                  (DNH/GHL)

CITY OF UTICA, NEW YORK, NEW YORK;
CITY OF UTICA POLICE DEPARTMENT; UTICA
POLICE OFFICER PHILLIP M. DALTON; UTICA
POLICE OFFICER INVESTIGATOR, ROBERT KOPEK;  Judge George H. Lowe
CHIEF OF POLICE, DANIEL LABELLA; JOHN DOES,
CITY OF UTICA POLICE OFFICERS PARTISIPATING
IN THE ARREST OF CLAIMANTS IN UTICA,
NEW YORK ON OCTOBER 18, 2008,

              Defendants.

---

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to all defendants, and it is further

       STIPULATED AND AGREED that this Stipulation of Discontinuance shall be "with prejudice" and it is further

       STIPULATED AND AGREED that no party shall be entitled to any costs, disbursements or fees as against any other party.

1

Date: 11/30/11   _____
Kevin G. Martin, Esq.
Bar Roll Number: 505332
Attorney for Plaintiffs Jamie Leyton-Ospina
and Brunilda E. Reynoso
421 Broad Street
Utica, New York 13501

Date: 29 NOV 11   _____
John P. Orilio, Esq.
Bar Roll Number: 102307
Attorney for Defendants City of Utica,
New York, Philip M. Dalton, Robert Kopek,
and Daniel LaBella
Assistant Corporation Counsel
City Hall
1 Kennedy Plaza
Utica, New York 13502
(315) 792-0171

So Ordered: _____ Date: 12/2/2011
Hon. George H. Lowe
United States District Court
Syracuse, New York

2